**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

WOODMONT WEST MARKET, LLC,

     Plaintiff,

v.

EXCHANGERIGHT REAL ESTATE, LLC;
and EXCHANGERIGHT NET-LEASED
PORTFOLIO 46 DST,

     Defendants.

CIVIL ACTION NO: 21-cv-329

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a)(1)(A)(ii) and (a)(1)(B), Plaintiff Woodmont West Market, LLC and Defendants ExchangeRight Real Estate, LLC and ExchangeRight Net-Leased Portfolio 46 DST hereby stipulate to a dismissal of this action with prejudice.

On June 28, 2021, Plaintiff Woodmont West Market, LLC filed a Notice of Voluntary Dismissal without prejudice. Thereafter, the parties entered into a settlement agreement that resolved all claims relating to or arising out of this action. As part of that settlement agreement, the parties agreed that the June 28, 2021 Notice of Voluntary Dismissal should be converted to a dismissal with prejudice. Accordingly, the parties now stipulate to a full and complete dismissal of this action with prejudice.

This 7th day of July, 2021.

[signatures on the following page]

/s/ D.J. O'Brien  
D.J. O'Brien  
dobrien@brookspierce.com  
North Carolina Bar. No. 35481  
Brooks, Pierce, McLendon,  
Humphrey & Leonard, LLP  
2000 Renaissance Plaza  
230 N Elm St  
Greensboro, NC 27401  
Tel. (336) 373-8850  
Fax (336) 378-1001  

*Attorney for Defendants*

/s/ Andrew H. Brown  
Andrew H. Brown  
N.C. State Bar No. 28450  
Attorney for Plaintiffs  
BROWN, FAUCHER, PERALDO &  
BENSON, PLLC.  
822 North Elm Street, Suite 200  
Greensboro, NC  27401  
(336) 478-6000 (telephone)  
(336) 273-5597 (facsimile)  
drew@greensborolawcenter.com  

*Attorney for Plaintiff Woodmont West Market, LLC*